IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 7:24-717 |
| | ) | |
| | ) | 21 U.S.C. § 841(a)(1) |
| vs. | ) | 21 U.S.C. § 841(b)(1)(A) |
| | ) | 21 U.S.C. § 853 |
| | ) | 21 U.S.C. § 881 |
| **JEREMY LAJUAN AIKEN** | ) | 28 U.S.C. § 2461(c) |
| | ) | |
| | ) | **INDICTMENT** |

## COUNT 1
*(Possession with Intent to Distribute Methamphetamine)*

THE GRAND JURY CHARGES:

That on or about June 28, 2024, in the District of South Carolina, the Defendant, **JEREMY LAJUAN AIKEN**, knowingly, intentionally, and unlawfully did possess with intent to distribute and did distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance;

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

1

## FORFEITURE

DRUG OFFENSE:

Upon conviction for a felony violation of Title 21, United States Code, as charged in this Indictment, the Defendant, **JEREMY LAJUAN AIKEN**, shall forfeit to the United States all of the Defendant's rights, title, and interest in and to any property, real and personal,

(a) constituting, or derived from any proceeds the Defendant obtained, directly or indirectly, as the result of such violation(s) of Title 21, United States Code, and all property traceable to such property;

(b) used or intended to be used, in any manner or part, to commit or to facilitate the commission of such violation of Title 21, United States Code.

PROPERTY:

Pursuant to Title 21, United States Code, Sections 853 and 881, and Title 28, United States Code, Section 2461(c), the property subject to forfeiture includes, but is not limited to, the following:

> Proceeds/Forfeiture Judgment:
>
> A sum of money equal to all property the Defendant obtained as a result of the drug offense charged in the Indictment and all interest and proceeds traceable thereto as a result of her violation of 21 U.S.C. § 841.

SUBSTITUTION OF ASSETS:

If any of the property described above as being subject to forfeiture, as a result of any act or omission of the Defendant:

(a) cannot be located upon the exercise of due diligence;
(b) has been transferred or sold to, or deposited with, a third person;
(c) has been placed beyond the jurisdiction of the Court;
(d) has been substantially diminished in value; or
(e) has been commingled with other property which cannot be subdivided without difficulty;

2

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of Defendant up to an amount equivalent to the value of the above-described forfeitable property;

Pursuant to Title 21, United States Code, Sections 853 and 881, and Title 28, United States Code, Section 2461(c).

A __True__ BILL



_____ FOREPERSON

ADAIR F. BOROUGHS
UNITED STATES ATTORNEY

By: _____
Carrie Fisher Sherard
Assistant United States Attorney
55 Beattie Place, Suite 700
Greenville, SC 29601
Tel.:  864-268-2100
Fax:  864-233-3158
Email: carrie.a.fisher@usdoj.gov

3